O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ALFARO-BURCIAGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. SACV 16-2188-CAS (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Joint Stipulation, Administrative Record, and all other records on file as well as the Report and Recommendation of U.S. Magistrate Judge. On January 2, 2018, Defendant filed objections to the R. & R. Plaintiff filed a response on January 9. The Court has made a de novo determination of those portions of the R. & R. to which Defendant objected.

　　Defendant objects to the Magistrate Judge's recommendation that this case be remanded for further proceedings and argues that it should instead be affirmed. (Objs. at 5.) In support, Defendant "contends that substantial evidence supported the ALJ's determination that Plaintiff was capable of communicating in

English." (Id. at 4-5.)  But as explained in the R. & R. at pages 10 to 12, literacy is a separate inquiry from ability to communicate in English, and the ALJ did not make the requisite finding.  Further, as the Magistrate Judge determined (R. & R. at 9-12), the evidence fails to establish that Plaintiff can read or write in English; indeed, Defendant points to no such evidence anywhere in her Objections.  Remand is appropriate for fuller development of the record on this issue.

Defendant also argues that the Court should have considered the ALJ's finding on credibility and that the "inconsistencies in the record regarding Plaintiff['s] communication and literacy skills" "support the ALJ's credibility determination." (Objs. at 3.)  Plaintiff's credibility is irrelevant to the lack of substantial evidence supporting her literacy, however.

Having reviewed the record, the Court concurs with and accepts the Magistrate Judge's recommendations.  IT THEREFORE IS ORDERED that judgment be entered reversing the Commissioner's decision, remanding for further proceedings, and in Plaintiff's favor.

DATED: January 16, 2018

CHRISTINA A. SNYDER
U.S. DISTRICT JUDGE