JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA ALFARO-BURCIAGA,<br><br>               Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social<br>Security,<br><br>               Defendant. | Case No. SACV 16-2188-CAS (JPR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order remanding for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.


DATED: January 16, 2018        _Christina A. Snyder_
                                  CHRISTINA A. SNYDER
                                  U.S. DISTRICT JUDGE